**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION**

**NELSON ARIEL ARMAS,**

**Petitioner,**

**v.** **Case No. 1:24-cv-91-AW-ZCB**

**SECRETARY, DEP'T OF CORRECTIONS,**

**Respondent.**

_______________________________/

# ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Nelson Ariel Armas initiated this § 2254 matter. The magistrate judge issued a report and recommendation concluding the court should dismiss the petition as untimely. ECF No. 28. Petitioner has not filed any objection.

Having considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "The § 2254 petition is dismissed as untimely." A certificate of appealability is denied.

The clerk will close the file.

SO ORDERED on October 26, 2026.

s/ *Allen Winsor*
Chief United States District Judge